**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEMCON TECH, LLC<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. | C.A. No. 12-530-RGA |
| SEMCON TECH, LLC<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. | C.A. No. 13-316-RGA |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Semcon Tech, LLC ("Plaintiff") and Defendant International Business Machines Corporation ("IBM") have settled Plaintiff's claims for relief against IBM and IBM's counterclaims for relief against Plaintiff asserted in these cases.

NOW, THEREFORE, Plaintiff and IBM, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against IBM and IBM's counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ David E. Moore* |
| Richard D. Kirk (No. 922) | Richard L. Horwitz (No. 2246) |
| Stephen B. Brauerman (No. 4952) | David E. Moore (No. 3983) |
| Vanessa R. Tiradentes (No. 5398) | Bindu A. Palapura (No. 5370) |
| 222 Delaware Avenue, Suite 900 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| rkirk@bayardlaw.com | P.O. Box 951 |
| sbrauerman@bayardlaw.com | Wilmington, DE  19899 |
| vtiradentes@bayardlaw.com | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiff Semcon Tech LLC* | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | *Attorneys for Defendant International Business Machines Corp.* |