IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. | C.A. No. 12-530-RGA |
| SEMCON TECH, LLC<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. | C.A. No. 13-316-RGA |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Semcon Tech, LLC ("Plaintiff") and Defendant International Business Machines Corporation ("IBM") announced to the Court that they have settled Plaintiff's claims for relief against IBM and IBM's counterclaims for relief against Plaintiff asserted in this case. Plaintiff and IBM have therefore requested that the Court dismiss Plaintiff's claims for relief against IBM and IBM's counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against IBM and IBM's counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews      6/11/2013
United States District Judge